THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Linda Michelle
 Atkinson, Appellant.
 
 
 

Appeal From York County
 G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No. 2008-UP-180
Submitted March 3, 2008  Filed March 17,
 2008
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Linda Michelle Atkinson appeals her
 probation revocation, arguing the trial court erred in revoking thirty months
 of her probation because there was insufficient evidence to support a finding she
 violated the terms of her probation.  Atkinsons counsel attached a petition to be relieved, stating he
 reviewed the record and concluded this appeal lacks merit.  Atkinson did not
 file a pro se brief.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Atkinsons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HUFF,
 KITTREDGE, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.